United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHARON WATTS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00033 |
| | § | |
| CITY OF TAFT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order Granting Parties' Joint Stipulation of Dismissal
(D.E. 31), the Court enters final judgment dismissing this action with prejudice.

ORDERED on April 4, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE